**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAIM SARWAR,

       **Plaintiff,**

       **v.**

ABDO F STREET, LLC,

       **Defendant.**

**Case No. 1:20-CV-03476(APM)**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on May 28, 2021.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

*/s/ Patricia B. Donkor*
Patricia B. Donkor

LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Washington, DC 20017
202-772-2512
pdonkor@littler.com

ATTORNEYS FOR DEFENDANT